## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Quiah Saydee, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| North Dakota Department of Corrections | ) | |
| and Rehabilitation, | ) | Case No. 1:19-cv-010 |
| | ) | |
| Defendant. | ) | |

The court held a mid-discovery status with the parties on September 11, 2019. Pursuant to the parties' discussions, the pretrial deadlines shall amended as follows:

1.    The parties shall have until February 3, 2020, to complete fact discovery and to file discovery motions

2.    The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a.    Plaintiff will disclose the names of retained experts and reports by February 6, 2020; and

   b.    Defendant will disclose the names of retained experts and reports by March 6, 2020.

   c.    Plaintiff will disclose any rebuttal reports by April 6, 2020.

Additionally, the settlement conference set January 14, 2020, shall be reschedule for February 27, 2020, at 9:00 a.m. (courtroom #2).

   **IT IS SO ORDERED.**

   Dated this 11th day of September, 2019.

                                        */s/ Clare R. Hochhalter*
                                        Clare R. Hochhalter, Magistrate Judge
                                        United States District Court