# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Quiah Saydee, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of Corrections and Rehabilitation, | ) | Case No. 1:19-cv-010 |
| | ) | |
| Defendant. | ) | |

On August 3, the parties filed a Stipulation to Amend Scheduling Discovery Plan and Continue Final Pretrial Conference and Jury Trial. On August 6, 2020, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **ADOPTS** the their stipulation (Doc. No. 22). The pretrial deadline shall be amended as follows:

1. The parties shall have until February 26, 2021, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff will disclose the names of retained experts and reports by February 26, 2021;

    b. Defendant will disclose the names of retained experts and reports by March 26, 2021; and

    c. Plaintiff will disclose any rebuttal reports by April 23, 2021.

    Reports shall be served on other parties, but not filed with the Court.

3. The parties shall have until June 2, 2021, to complete discovery depositions of expert

        witnesses.

4.      The parties shall have until September 10, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

The court shall hold a status conference with counsel on July 8, 2021, at 10:00 a.m. by telephone. To participate in the conference call, the parties are to dial (877) 810-9415 and enter access code 8992581.

The settlement conference set for September 17, 2020, shall be rescheduled for July 21, 2021, at 9:00 a.m. in Bismarck (courtroom #2) before the magistrate judge.

The final pretrial conference set for April 13, 2021, shall be rescheduled for April 12, 2022, at 9:00 a.m. by telephone. To participate in the conference call, the parties are to dial (877) 810-9415 and enter access code 8992581.

The jury trial set for April 26, 2021, shall be rescheduled for April 26, 2022, at 9:00 a.m. in Bismarck before Judge Traynor (courtroom #1). A 4 day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court