# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Quiah Saydee, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of | ) | Case No. 1:19-cv-010 |
| Corrections and Rehabilitation, | ) | |
| | ) | |
| Defendant. | ) | |

On October 1, 2021, the parties filed a Stipulation to Amend Scheduling/Discovery Plan and Continue Final Pretrial Conference and Jury Trial. (Doc. No. 31). On October 7, 2021, the court held a status conference with the parties. (Doc. No. 35). Pursuant to its discussion with the parties, the court **CANCELS** the settlement conference set for November 9, 2021, with understanding that it shall be rescheduled at a later date upon request from the parties. In addition, the court **ADOPTS** the parties' stipulation (Doc. No. 31). The pretrial deadlines shall be amended as follows:

1. The parties shall have until January 14, 2022, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff will disclose the names of retained experts and reports by January 14, 2022; and

   b. Defendant will disclose the names of retained experts and reports by February 14, 2022.

   Reports shall be served on other parties, but not filed with the Court.

1

3.      The parties shall have until March 14, 2022, to complete discovery depositions of expert witnesses.

4.      The parties shall have until July 29, 2022, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for April 12, 2022, shall be rescheduled for January 31, 2023, at 9:00 AM by telephone before the Magistrate Judge. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for April 26, 2022, shall be rescheduled for February 13, 2023, at 9:00 AM before Judge Traynor in Bismarck (courtroom #1). A five (5) day trial is anticipated.

**IT IS ORDERED.**

Dated this 7th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court